IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01960-PSF-BNB

DC AVIATION, LLC,

Plaintiff,

v.

AVBASE FLIGHT SERVICES, LLC,
JET PARTNERS, LLC,
JOHN DEPALMA,
AFS GROUP LLC (d/b/a Avbase, Avbase Aviation, LLC, Avbase Flight Services, LLC, Jet Partners, LLC and Private Management, LLC),
PRIVATE JET MANAGEMENT, LLC, and
DOES 1 THROUGH 25,

Defendants.
_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

　　　　IT IS ORDERED that the **Unopposed Motion for Leave to Conduct Discovery and for Enlargement of Time to Respond to Defendants John DePalma, AFS Group, LLC, and Private Jet Management, LLC's Motion to Dismiss for Lack of Personal Jurisdiction Pursuant to Fed. R. Civ. P. 12(b)(2)** [Doc. # 20, filed 12/20/2006] is GRANTED, and the plaintiff shall have to and including **May 31, 2007**, within which to respond to the defendants' motion to dismiss for lack of personal jurisdiction [Doc. # 16].

DATED:  January 25, 2007