IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 06-cv-01960-PSF-BNB

DC AVIATION, LLC,

    Plaintiff,

v.

AVBASE FLIGHT SERVICES, LLC;
JET PARTNERS, LLC;
JOHN DePALMA;
AFS GROUP LLC, d/b/a Avbase, Avbase Aviation, LLC, Avbase Flight Services, LLC, Jet Partners, LLC, and Private Jet Management, LLC;
PRIVATE JET MANAGEMENT, LLC; and
DOES 1 - 25,

    Defendants.

## ORDER GRANTING MOTION TO WITHDRAW

This matter is before the Court on defendants' Unopposed Motion to Withdraw (Dkt. # 31), filed by John M. Palmeri and Heather K. Kelly. The Court, finding that good grounds exist for the relief requested, hereby GRANTS the motion.

It is therefore ORDERED that John M. Palmeri and Heather K. Kelly, of the law firm White and Steele, P.C., are permitted to withdraw as counsel of record in the above-captioned matter. The Court notes that Deanna L. Westfall has entered her appearance as counsel of record for all defendants.

DATED:  January 26, 2007

BY THE COURT:

*s/ Phillip S. Figa*

_____
Phillip S. Figa
United States District Judge