**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No.: 06-CV-01960-PSF-BNB

DC AVIATION, LLC.,

       Plaintiff,

v.

AVBASE FLIGHT SERVICES, LLC.;
JET PARTNERS, LLC.;
JOHN DEPALMA;
AFS GROUP LLC (d/b/a Avbase, Avbase Aviation, LLC, Avbase Flight Services, LLC. Jet Partners, LLC and Private Management, LLC);
PRIVATE JET MANAGEMENT, LLC.; and
DOES 1 THROUGH 25

       Defendant.

---

**CORRECTED EXHIBIT B TO DEFENDANTS' RESPONSE TO PLAINTIFF'S
MOTION FOR SANCTIONS AND TO COMPEL DISCOVERY**

---

       Defendants John DePalma, AFS Group LLC and Private Jet Management, LLC hereby tender the attached Exhibit B, which should replace the Exhibit B inadvertently attached to Defendants' Response to Plaintiff's Motion for Sanctions and to Compel Discovery [Doc. # 44].

## CERTIFICATE OF MAILING

I hereby certify that on the 4th day of May, 2007, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses and/or via United States mail:

Bradford E. Dempsey
Levi D. Williamson
Rachel Eichenbaum
Home Roberts & Owen, P.C.
1700 Lincoln Street, Suite 4100
Denver, CO 80203-4541
brad.dempsey@hro.com
levi.williamson@hro.com
rachel.eichenbaum@hro.com

Deanna L. Westfall
Brian J. Berardini
BROWN, BERARDINI & DUNNING, P.C.
2000 S. Colorado Blvd.
Tower Two, Suite 700
Denver, CO 80222
dwestfall@bbdfirm.com
bberardini@bbdfirm.com

*s/ Matthew M. Wolf*
Patrick D. Vellone, #15284
Matthew M. Wolf, #33198
ALLEN & VELLONE, P.C.
1600 Stout Street, Suite 1100
Denver, CO 80202

2

# BROWN, BERARDINI & DUNNING, P.C.

ATTORNEYS AT LAW
2000 SOUTH COLORADO BLVD.
TOWER TWO, SUITE 700
DENVER, CO 80222

DOUGLAS W. BROWN
BRIAN J. BERARDINI
NEAL K. DUNNING

C. READ SAWCZYN†
BRIANNA G. ANDERSEN*
ERICK S. ARRIOLA

DEANNA L. WESTFALL, OF COUNSEL

PHONE: 303-329-3363
FAX:    303-393-8438
TOLL FREE: 877-234-3152

VIA FACSIMILE AND US MAIL

February 23, 2007

Bradford E. Dempsey
Holme Roberts & Owen, LLP
1700 Lincoln Street, Ste 4100
Denver, Colorado 80203-5241

Dear Brad:

I am in receipt of your letter dated February 12, 2007. I had hoped that you would return my telephone calls left on your office voice mail so we could discuss upcoming scheduling. Please contact me to schedule a telephone conference to discuss this matter and upcoming deadlines. I will be available for a telephone conference any morning next week except for Monday. I believe such a conversation is important to facilitate the litigation or settlement of this matter.

With regard to the discovery requests which you sent along with your letter, I would like to request a 30-day extension of time to respond to the discovery. I would like the opportunity to discuss with you several issues before my clients respond to the discovery. Specifically, I would like to make every effort to avoid wasteful discovery disputes, if possible. I currently calculate the deadline as March 19, 2007.

I look forward to working with you on this matter.

Sincerely,

Deanna L. Westfall

## EXHIBIT B

E-MAIL: dwestfall@bbdfirm.com
www.bbdfirm.com
†also licensed in Florida / *also licensed in California