IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 06-cv-01960-PSF-BNB

DC AVIATION, LLC,

Plaintiff,

v.

AVBASE FLIGHT SERVICES, LLC,
JET PARTNERS, LLC,
JOHN DEPALMA,
AFS GROUP LLC (d/b/a Avbase, Avbase Aviation, LLC, Avbase Flight Services, LLC, Jet
Partners, LLC and Private Management, LLC),
PRIVATE JET MANAGEMENT, LLC, and
DOES 1 THROUGH 25,

Defendants.

_____

**ORDER**
_____

This matter is before me on the following:

(1)     **Defendants' Motion to Compel Plaintiff to Respond to Pending Motion to
Dismiss By July 16, 2007** [Doc. # 54, filed 6/4/2007] (the "Defendants' Motion"); and

(2)     **Plaintiff's Motion for Order Setting Deadline to File Response to Defendants'
Motion to Dismiss** [Doc. # 58, filed 6/8/2007] (the "Plaintiff's Motion").

This action was commenced by the filing of a complaint on October 2, 2006.  On

November 30, 2006, defendants DePalma, AFS Group, and Private Jet Management moved to

dismiss based on lack of personal jurisdiction.  The parties requested that merits discovery and

discovery directed to the jurisdiction issue proceed at the same time, and I initially ordered that

the plaintiff respond to the jurisdiction motion 20 days after the close of discovery.  Subsequently,

I have found it necessary to extend the discovery cut-off by more than fourt months, or until September 17, 2007.  The issue of a date for a response to the motion to dismiss has resurfaced. The plaintiff requests until August 31, 2007, to file its response; the defendants request that the response be due by July 16, 2007.

After reviewing the parties' respective positions, I have concluded that the plaintiff should, in the exercise of reasonable diligence, be able to complete the jurisdiction discovery and file a response to the motion to dismiss by July 16, 2007.  Accordingly,

IT IS ORDERED that the Defendants' Motion is GRANTED, and the plaintiff shall file its response to the motion to dismiss by DePalma, AFS Group, and Private Jet Management [Doc. # 16] on or before **July 16, 2007**.

IT IS FURTHER ORDERED that the Plaintiff's Motion is DENIED.

Dated June 14, 2007.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge

2