# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Case No. 06-cv-01960-PSF-BNB

DC AVIATION, LLC,

Plaintiff,

v.

AVBASE FLIGHT SERVICES, LLC;
JET PARTNERS, LLC;
JOHN DEPALMA;
AFS GROUP LLC (d/b/a Avbase, Avbase Aviation, LLC, Avbase Flight Services, LLC, Jet Partners, LLC, and Private Jet Management, LLC);
PRIVATE JET MANAGEMENT, LLC; and
DOES 1 THROUGH 25.

Defendants.

## ORDER

THIS MATTER comes before the Court pursuant to this Court's Order dated May 18, 2007 and the Notification of Resolution of Fee Application and Request for Entry of Order filed by Plaintiff ("Notification"). Having reviewed the Plaintiff's Notification, it is hereby

ORDERED that the Plaintiff's Fee Application in the amount of $5,566.25 is APPROVED; and it is

#1255273 v1

FURTHER ORDERED that the defendants and/or Brown, Berardini & Dunning, P.C. shall pay Plaintiff the sum of $5,566.25 within ten (10) days of this Order.

Dated: June 18, 2007

BY THE COURT:

*[signature]*
United States Magistrate Judge

2

#1255273 v1