IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: 06-cv-01960-PSF-BNB

DC AVIATION, LLC.,
        Plaintiff,

v.

AVBASE FLIGHT SERVICES, LLC.;
JET PARTNERS, LLC.;
JOHN DEPALMA;
AFS GROUP LLC (d/b/a Avbase, Avbase Aviation, LLC, Avbase Flight Services, LLC. Jet Partners, LLC and Private Management, LLC);
PRIVATE JET MANAGEMENT, LLC.; and
DOES 1 THROUGH 25
        Defendant.

## ENTRY OF APPEARANCE OF KEVIN D. ALLEN, ESQ.

Kevin D. Allen, Esq. of Allen & Vellone P.C. hereby enters his appearance on behalf of the Defendant, John DePalma, AFS Group LLC and Private Jet Management, LLC in the above captioned case.

DATED this 2nd day of October, 2007.

Respectfully submitted,

s/ Kevin D. Allen
Kevin D. Allen, #6878
Patrick D. Vellone, #15284
Matthew M. Wolf, #33198
ALLEN & VELLONE, P.C.
1600 Stout Street, Suite 1100
Denver, CO 80202
Telephone: (303) 534-4499
pvellone@allen-vellone.com
mwolf@allen-vellone.com

ATTORNEYS FOR JOHN DEPALMA

1

## CERTIFICATE OF MAILING

I hereby certify that on the 2nd day of October, 2007, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses and/or via United States mail:

| | |
|---|---|
| Bradford E. Dempsey<br>Levi D. Williamson<br>Rachel Eichenbaum<br>HOME ROBERTS & OWEN, P.C.<br>1700 Lincoln Street, Suite 4100<br>Denver, CO 80203-4541<br>brad.dempsey@hro.com<br>levi.williamson@hro.com<br>rachel.eichenbaum@hro.com | Deanna L. Westfall<br>Brian J. Berardini<br>BROWN, BERARDINI & DUNNING, P.C.<br>2000 S. Colorado Blvd.<br>Tower Two, Suite 700<br>Denver, CO 80222<br>dwestfall@bbdfirm.com<br>bberardini@bbdfirm.com |

*s/ Kevin D. Allen*
Patrick D. Vellone, #15284
Matthew M. Wolf, #33198
ALLEN & VELLONE, P.C.
1600 Stout Street, Suite 1100
Denver, CO 80202