IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**U.S. MAGISTRATE JUDGE BOYD N. BOLAND**

Civil Action No. 06-cv-01960-PSF-BNB        Date: October 15, 2007
Courtroom Deputy: Geneva D. Mattei          FTR BNB COURTROOM A401

DC AVIATION, LLC,                           Bradford Dempsey

       Plaintiff,

v.

AVBASE FLIGHT SERVICES, LLC,                Patrick Vellone
JET PARTNERS, LLC,                          Matthew Wolf
JOHN DePALMA,
AFS GROUP LLC,
doing business as
Avbase
doing business as
Avbase Aviation, LLC
doing business as
Private Jet Management, LLC
doing business as
Jet Partners, LLC,
doing business as
Avbase Flight Services, LLC
and PRIVATE JET MANAGEMENT, LLC,
and Does I through 25

       Defendants.

## COURTROOM MINUTES

**HEARING: MOTIONS**

Court in Session:    3:35 p.m.

Appearance of counsel.

Court's opening remarks.

Argument presented.

**ORDERED:**  **Plaintiff's motion**
**(1) for reconsideration of order denying joint motion to extend discovery deadlines, and**
**(2) for further sanctions due to defendants' willful failure to comply with order compelling discovery (filed September 7, 2007; #77) is granted in part and denied in part as stated on the record.  Defendants to produce documents on or before October 25, 2007.**

Court in Recess       5:11 p.m.       Hearing concluded.

Total time in court:       01:36