IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 06-cv-01960-PSF-BNB

DC AVIATION, LLC,

Plaintiff,

v.

AVBASE FLIGHT SERVICES, LLC,
JET PARTNERS, LLC,
JOHN DEPALMA,
AFS GROUP LLC (d/b/a Avbase, Avbase Aviation, LLC, Avbase Flight Services, LLC, Jet Partners, LLC and Private Management, LLC),
PRIVATE JET MANAGEMENT, LLC, and
DOES 1 THROUGH 25,

Defendants.

---

## ORDER

---

This matter is before me on the **Plaintiff's Moton (1) For Reconsideration of Order Denying Joint Motion to Extend Discovery Deadlines, and (2) For Further Sanctions Due to Defendants' Willful Failure to Comply with Order Compelling Discovery** [Doc. # 77, filed 9/7/2007] (the "Motion").  I held a hearing on the Motion yesterday afternoon and made rulings on the record, which are incorporated here.  In summary and for the reasons stated on the record:

IT IS ORDERED that the Motion is GRANTED IN PART and DENIED IN PART as follows:

GRANTED to require the defendants to produce any documents contained in the 108 boxes and any other responsive documents which were in existence on or prior to April 14, 2007, and which have not already been produced, regardless of any claim of privilege or request for a

protective order concerning confidential documents.  I previously ruled that all objections,

including claims of privilege, have been waived.  <u>See</u> Order [Doc. # 49, filed 5/18/2007] at p.2.

The responsive documents shall be produced at the offices of Holme Roberts & Owen on or

before 5:00 p.m. on **October 25, 2007**; and

      DENIED in all other respects.

      Dated October 16, 2007.

                                   BY THE COURT:

                                    s/ Boyd N. Boland
                                  United States Magistrate Judge