IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 06-cv-01960-PSF-BNB

DC AVIATION, LLC,

Plaintiff,

v.

AVBASE FLIGHT SERVICES, LLC,
JET PARTNERS, LLC,
JOHN DEPALMA,
AFS GROUP LLC (d/b/a Avbase, Avbase Aviation, LLC, Avbase Flight Services, LLC, Jet Partners, LLC and Private Management, LLC),
PRIVATE JET MANAGEMENT, LLC, and
DOES 1 THROUGH 25,

Defendants.
_____

**ORDER**
_____

This matter is before me on the **Joint Motion to Vacate Final Pretrial Conference** [Doc. # 87, filed 11/26/2007] (the "Motion"). Good cause having been shown:

IT IS ORDERED that the Motion is GRANTED. The final pretrial conference set for December 3, 2007, at 8:30 a.m., is VACATED, to be reset at a later date if necessary.

IT IS FURTHER ORDERED that the parties shall file a status report within 10 days after any order by the district judge addressing the Defendants John DePalma, AFS Group, LLC, and Private Jet Management, LLC's Motion to Dismiss for Lack of Personal Jurisdiction Pursuant to F.R.C.P. 12(b)(2).

Dated November 27, 2007.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge