IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Wiley Y. Daniel

Civil Action No. 06-cv-01960-WYD-BNB

DC AVIATION, LLC,

    Plaintiff,

v.

AVBASE FLIGHT SERVICES, LLC;
JET PARTNERS, LLC;
JOHN DePALMA;
AFS GROUP LLC, d/b/a Avbase, Avbase Aviation, LLC, Avbase Flight Services, LLC, Jet Partners, LLC, and Private Jet Management, LLC;
PRIVATE JET MANAGEMENT, LLC; and
DOES 1 - 25,

    Defendants.

## ORDER OF DISMISSAL WITHOUT PREJUDICE

This matter is before the Court on Plaintiff's Notice of Dismissal Without Prejudice [# 95], filed on February 8, 2008. In the notice, plaintiff states that it "voluntarily dismisses this case without prejudice, each party to bear its/his own fees and costs." Plaintiff has not requested an order of dismissal from the Court.

Pursuant to Fed. R. Civ. P. 41(a), an action may be dismissed at the plaintiff's instance only upon order of the court and upon such terms and conditions as the court deems proper, unless (1) the plaintiff files a notice of dismissal before service by the adverse party of an answer or a motion for summary judgment, or (2) a stipulation of dismissal signed by all parties who have appeared in this action is filed. The record shows that defendants in this case filed and served an answer on November 30, 2006

[# 15].[1]  In addition, only plaintiff has signed the notice of dismissal currently at issue.  Thus, dismissal of this case is appropriate only upon order of the Court.  Fed. R. Civ. P. 41(a).

Accordingly, having considered plaintiff's Notice of Dismissal, the Court holds that dismissal of this case is appropriate, and it is hereby ORDERED that this action is DISMISSED without prejudice, each party to bear his or its own attorneys' fees and costs.

Dated:  February 19, 2008

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge

---

[1] Pursuant to an order of the Court dated September 7, 2007 [# 75], the answer was stricken as to two of the five defendants.