**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No.: 06-CV-01960-PSF-BNB

DC AVIATION, LLC.,

    Plaintiff,

v.

AVBASE FLIGHT SERVICES, LLC.;
JET PARTNERS, LLC.;
JOHN DEPALMA;
AFS GROUP LLC (d/b/a Avbase, Avbase Aviation, LLC, Avbase Flight Services, LLC. Jet Partners, LLC and Private Management, LLC);
PRIVATE JET MANAGEMENT, LLC.; and
DOES 1 THROUGH 25

    Defendant.

_____

**NOTICE OF ATTORNEYS' LIEN**
_____

PLEASE TAKE NOTICE that Allen & Vellone, P.C., attorneys of record for John DePalma, AFS Group, LLC and Private Jet Management, LLC. ("Defendants"), hereby claim a lien pursuant to Section 12-5-119 of the Colorado Revised Statutes and in accordance with Rule 1.8(i) of the Colorado Rules of Professional Conduct, on any judgment that Defendants may obtain for the balance of fees due to Allen & Vellone, P.C.

The within-claimed attorneys' lien is in the amount of $53,149.81, for attorneys' fees, costs, expenses, and accrued interest, payable by Defendants to Allen & Vellone, P.C., pursuant to written agreement.

Respectfully submitted this 22nd day of July, 2008.

                        ALLEN & VELLONE, P.C.

                        *s/ Matthew M. Wolf*_____
                        Patrick D. Vellone, #15284
                        Matthew M. Wolf, #33198
                        ALLEN & VELLONE, P.C.
                        1600 Stout Street, Suite 1100
                        Denver, CO 80202
                        Telephone: (303) 534-4499
                        pvellone@allen-vellone.com
                        mwolf@allen-vellone.com

                        *Attorneys for Defendants John DePalma, AFS*
                        *Group LLC and Private Jet Management, LLC*

## CERTIFICATE OF MAILING

I hereby certify that on the 22nd day of July, 2008, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses and/or via United States mail:

Bradford E. Dempsey
HOME ROBERTS & OWEN, P.C.
1700 Lincoln Street, Suite 4100
Denver, CO 80203-4541
brad.dempsey@hro.com

                                        *s/ Matthew M. Wolf*
                                        Patrick D. Vellone, #15284
                                        Matthew M. Wolf, #33198
                                        ALLEN & VELLONE, P.C.
                                        1600 Stout Street, Suite 1100
                                        Denver, CO 80202